# United States Court of Appeals for the Federal Circuit

.

August 7, 2008

ERRATUM

Appeal No. 2008-3025

Boque v. Dep't of Veterans Affairs

Decided:  August 6, 2008                    Nonprecedential Opinion

On Page 5, last line, replace "Baldwin" with "Boque."